[No. 23882-2-III.   Division Three.   May 23, 2006.]

*In the Matter of the Marriage of* BRENT ROBERT DUDA, *Respondent,* and JAIMELYNN MICKELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 00-3-00167-3, Kenneth L. Jorgensen, J., entered February 4, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[No. 24095-9-III.   Division Three.   May 23, 2006.]

*In the Matter of the Marriage of* D'ON MARIE UHRICH, *Respondent,* and ROBERT GARY UHRICH, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 02-3-00051-5, Ray D. Lutes, J. Pro Tem., entered February 18, 2005. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24328-1-III.   Division Three.   May 23, 2006.]

*In the Matter of the Marriage of* DELMAR L. GREGORY, *Appellant,* and SHARON C. GREGORY, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-3-00112-9, Donald W. Schacht, J., entered July 5, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 20741-2-III.   Division Three.   May 25, 2006.]

GORDON PECKHAM, *Appellant,* v. THOMAS MILROY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-06854-6, Richard J. Schroeder, J., entered December 12, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.